**Order entered May 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00075-CR

**WINTER KAY ARTHUR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 16-30605-CC2-M**

## ORDER

Before the Court is appellant's May 16, 2018 motion for extension of time to file appellant's brief. We **GRANT** the motion. Appellant's brief shall be due on **July 16, 2018**.

/s/    CRAIG STODDART
       JUSTICE